**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Lundon Gooden
                    Plaintiff,

v.                                                      Case No.: 1:18−cv−02200
                                                       Honorable Manish S. Shah

Capital Fitness, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion to amend the complaint [70] is granted and the joint motion to approve settlement [69] is granted. Bryce Fountain, Dakota Barringer, and Brian Cotton are added as plaintiffs to the case, and plaintiffs have leave to file an amended complaint as a separate entry on the docket. No appearance on 4/2/19 is necessary. The settlement is approved. The settlement was an arm's length, reasonable resolution of a bona fide wage dispute. The parties exchanged information, and litigated motions to strike, dismiss, and certify the class. The settlement is a product of mediation with a third−party. Both sides faced considerable risk and the settlement reflects an appropriate compromise. Pursuant to the settlement, the case is dismissed without prejudice with leave to reinstate within 30 days of this order. If no motion to reinstate is filed within 30 days, the dismissal will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.